ORIGINAL

OSHIMA CHUN FONG & CHUNG LLP

STEVEN K. S. CHUNG    1751-0
400 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai'i 96813
http://www.ocfc.com
Telephone:    (808) 528-4200
Facsimile:    (808) 531-8466

Attorney for Defendants and
Third-Party Plaintiffs
Global Engineering & Construction
Joint Venture, Bankers Insurance
Company and OneBeacon Insurance
Company, f/k/a CGU Insurance
Company and Third-Party Counterclaim
Defendant Global Engineering &
Construction Joint Venture

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

LODGED APR 25 2003
at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

APR 24 2003
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| United States of America for the Use of BABTEX, INC., doing business as OSLIN NATION COMPANY,<br><br>            Plaintiff,<br><br>    vs.<br><br>GLOBAL ENGINEERING & CONSTRUCTION JOINT VENTURE; *et al.*,<br><br>            Defendants. | Civil No. CV02-00691 SOM-BMK<br>Consolidated with:<br>Civil No. CV02-00560 HG-BMK<br>Civil No. CV02-00644 HG-BMK<br><br>**STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS GLOBAL ENGINEERING & CONSTRUCTION JOINT VENTURE, GLOBAL ENGINEERING & CONSTRUCTION, INC., BANKERS INSURANCE** |

31

| | |
|---|---|
| GLOBAL ENGINEERING & CONSTRUCTION JOINT VENTURE; *et al.*,<br><br>        Third-Party Plaintiffs,<br><br>vs.<br><br>LLOYD ELECTRIC CO., INC., doing business as Lloyd Electric; *et al.*,<br><br>        Third-Party Defendants. | COMPANY AND OneBEACON INSURANCE COMPANY, f/k/a CGU INSURANCE COMPANY; and ORDER<br><br><br><br><br><br>Judge: Hon. Susan Oki Mollway |

F:\DOCUMENT\skc\global\Babtex\Pleadings\Stip_Dism.doc

**STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS GLOBAL ENGINEERING & CONSTRUCTION JOINT VENTURE, GLOBAL ENGINEERING & CONSTRUCTION, INC., BANKERS INSURANCE COMPANY AND OneBEACON <u>INSURANCE COMPANY, f/k/a CGU INSURANCE COMPANY</u>**

Come now Plaintiff United States of America for the Use of Babtex, Inc., doing business as Oslin Nation Company, and Defendants Global Engineering & Construction Joint Venture ("Global JV"), Bankers Insurance Company ("Bankers"), and OneBeacon Insurance Company, f/k/a CGU Insurance Company ("OneBeacon"), and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate that Plaintiff's claims and causes of action asserted in the above-captioned matter against

2

Global JV, Bankers and OneBeacon be dismissed with prejudice, with costs of court to be paid by the party incurring the same. In addition, Plaintiff dismisses with prejudice its claim against Defendant Global Engineering & Construction, Inc. ("Global Inc."), which has not appeared in this case.

Global JV, Bankers and OneBeacon have filed a cross-claim against Global Inc., as well as a third-party complaint against Third-Party Defendants Lloyd Electric Co., Inc., doing business as Lloyd Electric, Robert E. Lloyd, Sr., Mona Renea Lloyd, William W. Harmon, Pamela Ann Harmon, Aaron D. Terry, Tammie M. Terry, Ronald L. Wiener and Vickey L. Wiener. Third-Party Defendant Lloyd Electric Co., Inc., dba Lloyd Electric has filed a counterclaim against Global JV. The cross-claim, third-party complaint and counterclaim remain pending. This stipulation has been signed by all appearing parties in Civil No. CV02-00691 SOM-BMK. By

/ / / / /

/ / / / /

---

United States of America for the Use of Babtex, Inc., dba Oslin Nation Company vs. Global Engineering & Construction Joint Venture, et al.; Civil No. CV02-00691 SOM-KSC: **STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS GLOBAL ENGINEERING & CONSTRUCTION JOINT VENTURE, GLOBAL ENGINEERING & CONSTRUCTION, INC., BANKERS INSURANCE COMPANY AND OneBEACON INSURANCE COMPANY, f/k/a CGU INSURANCE COMPANY, and ORDER**

executing this stipulation, the parties do not waive any defenses that they may have to the claims asserted or to be asserted in this action.

DATED: Honolulu, Hawai'i, ___April 24, 2003___.

_____
KALE FELDMAN
DANIEL T. KIM
Attorneys for Use Plaintiff
Babtex, Inc., doing business as
Oslin Nation Company

_____
STEVEN K. S. CHUNG
Attorney for Defendants and
Third-Party Plaintiffs
Global Engineering & Construction Joint
Venture, Bankers Insurance Company
and OneBeacon Insurance Company,
f/k/a CGU Insurance Company
and Third-Party Counterclaim Defendant
Global Engineering & Construction Joint
Venture

---

United States of America for the Use of Babtex, Inc., dba Oslin Nation Company vs. Global Engineering & Construction Joint Venture, et al.; Civil No. CV02-00691 SOM-KSC: **STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS GLOBAL ENGINEERING & CONSTRUCTION JOINT VENTURE, GLOBAL ENGINEERING & CONSTRUCTION, INC., BANKERS INSURANCE COMPANY AND OneBEACON INSURANCE COMPANY, f/k/a CGU INSURANCE COMPANY, and ORDER**

4

_____
ROY T. OGAWA
KEITH Y. YAMADA
Attorneys for Third-Party Defendants
Lloyd Electric Co., Inc., dba
Lloyd Electric; Robert E. Lloyd, Sr.
and Mona Renea Lloyd
and Third-Party Counterclaimant
Lloyd Electric co., Inc., dba Lloyd Electric

APPROVED AND SO ORDERED:

_____ APR 2 5 2003
Judge
United States District Court (Haw.)

---

United States of America for the Use of Babtex, Inc., dba Oslin Nation Company vs. Global Engineering & Construction Joint Venture, et al.; Civil No. CV02-00691 SOM-KSC: **STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS GLOBAL ENGINEERING & CONSTRUCTION JOINT VENTURE, GLOBAL ENGINEERING & CONSTRUCTION, INC., BANKERS INSURANCE COMPANY AND OneBEACON INSURANCE COMPANY, f/k/a CGU INSURANCE COMPANY, and ORDER**

5