

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America for the Use of BABTEX, INC., doing business as OSLIN NATION COMPANY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GLOBAL ENGINEERING & CONSTRUCTION JOINT VENTURE, et al.,<br><br>　　　　Defendants.<br><br>―――――――――――――――――<br><br>GLOBAL ENGINEERING & CONSTRUCTION JOINT VENTURE, et al.<br><br>　　　　Third-Party Plaintiffs,<br><br>　　vs.<br><br>LLOYD ELECTRIC CO., INC., doing business as Lloyd Electric, et al.<br><br>　　　　Third-Party Defendants.<br><br>―――――――――――――――――| Civ. No. 02-00691 SOM/BMK<br><br>ORDER GRANTING MOTION TO DISMISS ALL CLAIMS AND ALL PARTIES WITHOUT PREJUDICE |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 2 1 2005

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

**ORIGINAL**

ORDER GRANTING MOTION TO DISMISS
<u>ALL CLAIMS AND ALL PARTIES WITHOUT PREJUDICE</u>

　　This court has before it a Motion to Dismiss All Claims and All Parties Without Prejudice. The motion was assigned a hearing date of December 7, 2005, and opposition memoranda were due on November 18, 2005, pursuant to Local Rule 7.4. Having received no opposition, this court grants the motion without a

hearing. All claims against all parties are dismissed without prejudice. The Clerk of Court is directed to enter judgment and to close this case.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 21, 2005.

/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

United States of America for the Use of Babtex, Inc., doing business as Oslin Nation Company v. Global Engineering & Construction Joint Venture, et al., Civ. No. 02-00691 SOM/BMK; ORDER GRANTING MOTION TO DISMISS ALL CLAIMS AND ALL PARTIES WITHOUT PREJUDICE