AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| United States of America for the Use of BABTEX, INC., doing business as OSLIN NATION COMPANY, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CIVIL 02-00691SOM-BMK |
| V. | |
| GLOBAL ENGINEERING & CONSTRUCTION JOINT VENTURE, et al, | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| Defendants. | November 25, 2005 At 4 o'clock and 00 min p.m. SUE BEITIA, CLERK |

GLOBAL ENGINEERING & CONSTRUCTION JOINT VENTURE, et al,

Third-Party Plaintiffs,

V.

LLOYD ELECTRIC CO., INC., doing business as Lloyd Electric, et al.,

Third-Party Defendants.

[✓] **Decision by Court**. This action came for hearing and for consideration before the Court. The issues have been heard and the issues have been considered and a decision has been rendered:

Plaintiff's claims and causes of action--asserted in the above-captioned matter against defendant Global Engineering & Construction Joint Venture, defendant Bankers Insurance Company, and defendant OneBeacon Insurance Company, fka CGU Insurance– having previously been dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure by means of a *"Stipulation for Partial Dismissal with Prejudice as to Plaintiff's Complaint..."* filed on April 25, 2003, IT IS FURTHER ORDERED AND ADJUDGED that all claims against all parties are dismissed without prejudice, pursuant to the *"Order Granting Motion to Dismiss all Claims and all Parties without Prejudice"* filed on November 21, 2005.

cc:   All Counsel of Record

| November 25, 2005 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |